UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHAKA JAMAR COLLINS,

    PETITIONER,

-vs-                              Case No. 5:16-cv-00026-WTH-CJK

JOHN PALMER, Warden of Florida State Prison,

    RESPONDENT.
_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 6, 2017. (ECF No. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.  The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this order.  The Clerk is directed to enter a judgment which states as follows: "ECF No. 1, Petition for Writ of Habeas Corpus challenging petitioner's judgment of conviction and sentence in *State of Florida v. Shaka*

*Jamar Collins*, Bay County Circuit Court Case No. 09-CF-1852, is DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED." The Clerk is directed to close the file.

    IT IS SO ORDERED.

    DONE and ORDERED at Gainesville, Florida this 28th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

Copies to: